# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00228(1)-ADA |
| | § | |
| (1) OMAR DANIEL ACOSTA RINCON | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 11, 2026, wherein the defendant (1) OMAR DANIEL ACOSTA RINCON waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) OMAR DANIEL ACOSTA RINCON to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) OMAR DANIEL ACOSTA RINCON 's plea of guilty to Count One (1) is accepted.

Signed this 3rd day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE